

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00509-CV

**IN THE MATTER OF J.P.M.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-JUV-01181
Judge Carmen Kelsey, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

It is ORDERED that no costs shall be assessed against appellant, J.P.M., because he is indigent.

SIGNED July 31, 2013.

_____
Luz Elena D. Chapa, Justice